CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REBECCA F. WOOD, | ) |
| Plaintiff, | ) Civil Action No. 7:07CV00234 |
| v. | ) **FINAL ORDER** |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner for further development of the record concerning Wood's claimed mental impairments. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Commissioner for further development of the record in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This June 25th, 2008.

_____
UNITED STATES DISTRICT JUDGE